**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1282**
_____

MICHAEL E. KENNEDY,

　　　　　　　　Plaintiff - Appellant,

　　　　v.

EASTERN SHORE PSYCHOLOGICAL SERVICES; KATHRYN M. SEIFERT;
KAREN E. RAY; PAUL DESPRES, in their individual and official
capacities,

　　　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　Benson Everett Legg, District Judge.
(1:09-cv-01549-BEL)

_____

Submitted: September 8, 2010　　　Decided: September 20, 2010

_____

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Edward Kennedy, Appellant Pro Se.　Michelle Jacquelyn
Marzullo, MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C., Towson,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Kennedy appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kennedy v. Eastern Shore Psychological Servs.</u>, No. 1:09-cv-01549-BEL (D. Md. Mar. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>